**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02351-REB-MEH

KEVIN FARMER, and
CASSANDRA FARMER,

     Plaintiffs,

v.

ALEXANDER, WRIGHT & ASSOCIATES, a Texas corporation,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     On April 14, 2006, the parties filed a **Stipulated Motion to Dismiss With Prejudice** [#16].  After careful review of the motion and the file, the court has concluded that the motions should be granted and this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion to Dismiss With Prejudice** [#16] filed on April 14, 2006, **IS GRANTED**;

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

     3.  That the Trial Preparation Conference set for June 22, 2007, is **VACATED**; and

4.  That the jury trial set to commence July 9, 2007, is **VACATED**.

Dated April 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**